**JOHN C. LEMON**
California Bar No. 175847
**LAW OFFICES OF JOHN C. LEMON, APC**
433 G. Street, Suite 202
San Diego, California  92101
Telephone:  (619) 652-9961
email: jlemon@san.rr.com

Attorney for **Salvador Chavez-Chavez**

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE WILLIAM Q. HAYES)**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case Nos. 07cr1407-WQH |
| Plaintiff, ) | 07cr1408-WQH |
| ) | |
| v. ) | **ORDER AUTHORIZING:** |
| ) | |
| **SALVADOR CHAVEZ-CHAVEZ,** ) | **1) INTERIM ATTORNEY BILLING IN** |
| ) | **EXCESS OF STATUTORY MAXIMUM; AND** |
| Defendant. ) | |
| ) | **2) COPY CONNECTION TO BILL COURT** |
| ) | **DIRECTLY FOR ORDER NO. 4** |

    Upon application of counsel for defendant Salvador Chavez-Chavez, and good cause having been shown, IT IS HEREBY ORDERED AS FOLLOWS:

    1)    The attorney for Mr. Salvador Chavez-Chavez may submit interim vouchers that will be reviewed by the Court in the normal course of business.  Total attorney compensation may exceed the statutory maximum subject to a review by this Court and the Ninth Circuit; and

    2)    Copy Connection is permitted to directly bill the Court, rather than Salvador Chavez-Chavez, for his purchase of Discovery Order No. 4 (in the amount of $289.65).

**SO ORDERED.**

DATED:  December 19, 2007

                                                    **WILLIAM Q. HAYES**
                                                    United States District Judge